IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW FORREY HOLGERSON,

    Plaintiff,                    No. CIV S-06-0248 DFL PAN P

    vs.

MIKE KNOWLES, et al.,

    Defendants.               ORDER

_____/

        Plaintiff is a state prisoner seeking relief pursuant to 42 U.S.C. § 1983. On February 27, 2006, plaintiff filed a request for a summons.

        By separate order, the court dismissed the complaint with leave to amend.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's February 27, 2006, request is denied. Should the court find plaintiff's amended complaint states a claim for relief, the court will direct plaintiff to complete a summons and other papers so the United States Marshal can serve process on defendants.

DATED: April 24, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

\004
\holg0248.dny summons