IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW FORREY HOLGERSON,

      Plaintiff,                       No. CIV S-06-0248 DFL EFB P

      vs.

MIKE KNOWLES, et al.,

      Defendants.               FINDINGS & RECOMMENDATIONS

                             /

      On March 24, 2006, the court dismissed plaintiff's complaint with leave to amend. Prison officials transferred plaintiff to a different prison, and for that reason, the Clerk of the Court re-served the March 24 Order on plaintiff on July 14, 2006. On August 8, 2006, the court gave plaintiff an additional 30 days to file an amended complaint. The 30-day period has expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

      Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. *See* Local Rule 11-110; Fed. R. Civ. P. 41(b).

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 20 days after being served with these findings and recommendations, plaintiff may file written objections with

1

the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED:   September 25, 2006.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE