IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW FORREY HOLGERSON,

        Plaintiff,                   No. CIV S-06-0248 DFL EFB P

    vs.

MIKE KNOWLES, et al.,

        Defendants.         ORDER

_____/

        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On March 24, 2006, the court dismissed plaintiff's complaint with leave to amend. On August 8, 2006, the court gave plaintiff an additional 30 days to file an amended complaint. On September 26, 2006, the court found that plaintiff failed to file an amended complaint as directed and recommended that this action be dismissed.

        However, on September 20, 2006, plaintiff filed a request for an extension of time to file an amended complaint. Although that request was late, the court finds that since plaintiff commenced this action on February 6, 2006, defendants have not been served with process and there have been delays in plaintiff receiving his mail and his legal property has on occasion been taken from him, he has shown excusable neglect. *See* Fed. R. Civ. P. 6(b); *see also*, *Committee for Idaho's High Desert, Inc., v. Yost*, 92 F.3d 814, 825 & n.4. (9th Cir. 1996).

Accordingly, it is ORDERED that:

1. The September 26, 2006, findings and recommendations are vacated; and

2. Plaintiff has 45 days from the date of this order to file an amended complaint. The court does not intend to grant future requests for extensions of time.

Dated: September 29, 2006.

\holg0248.vac f&r

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE