IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW FORREY HOLGERSON,

      Plaintiff,                          No. CIV S-06-0248 DFL EFB P

      vs.

MIKE KNOWLES, et al.,

      Defendants.                    <u>FINDINGS AND RECOMMENDATIONS</u>

      On March 24, 2006, the court dismissed plaintiff's complaint with leave to amend. Prison officials transferred plaintiff to a different prison, and for that reason, the Clerk of the Court re-served the March 24 Order on plaintiff on July 14, 2006. On August 8, 2006, the court gave plaintiff an additional 30 days extension to file an amended complaint. Plaintiff did not comply with the August 8 Order. On September 20, 2006, plaintiff filed a late request for an extension of time to file an amended complaint. On September 26, 2006, the court recommended that this action be dismissed without prejudice. On September 29, 2006, the court found that plaintiff demonstrated excusable neglect for the late request, vacated the findings and recommendations, and gave plaintiff 45 days to file an amended complaint. The court warned plaintiff that it did not intend to grant future requests for extensions of time.

      The 45-day period has expired and plaintiff has not filed an amended complaint.

Accordingly, it is hereby RECOMMENDED that this action be dismissed without prejudice for plaintiff's failure to comply with the September 29, 2006, order to file an amended complaint.  *See* Fed. R. Civ. P. 41(b); L. R. 11-100.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:  November 30, 2006.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE